UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

In re:

Donatien Masala,

Debtor.

Chapter 13

Case No. 22-50272-jam

Affidavit of Truth and Constructive Notice
of Lawful Money

## Jurat

| Connecticut State | } |
| | } scilicet: |
| Fairfield County | } |

I, Donatien Masala, hereby make the following statements under penalty of perjury of the Organic Laws for these United States of America per 28 U.S.C. § 1746.

I, Donatien Masala, a natural born man on the land and Living Soul am of the age of majority with full use of my physical and mental faculties. I have firsthand personal knowledge of the following statements made by me herein and I profess and affirm that those statements are true and correct to the best of my knowledge and belief, and as to those statements for which I have no personal knowledge, I believe them to be true, so help me God.

First and foremost, I must make this Court aware that:

1) I always make demand for lawful money when I cash my paychecks and other checks in banks, either by redeeming them in lawful money pursuant to 12 USC § 411, or by direct demand for $1 coins. And when the bank says that they don't have enough $1 U.S. coins to negotiate my paycheck, I take the amount of $1 U.S. coins that they offer to me, and accept any Federal Reserve Notes for the rest, but only in lieu of lawful money $1 U.S. coins out of necessity and not by consent.

1

2) Therefore, I never voluntarily use Federal Reserve Notes to purchase anything, and my use of any Federal Reserve Notes is only in lieu of lawful money, due to the Federal Reserve Banks' failure to fully satisfy my demand for lawful money in U.S. coins.

3) And, since the government compels me to use the Federal Reserve's debt instruments my inalienable right to property is intact, and neither the Federal Reserve Bankers, or any private Bank, nor their corporate Debtor, the United States, have any Security Interest in, or liens or claims against, my property.

4) I do not operate in commerce and remain under Common Law of the Republic, subject only to laws of the *de jure* United States of America.

5) I am not subject to corporate statutes of the State of New York since those only apply to commerce.

6) I am protected by the Articles of Confederation of 1781 and the Organic 1820 United States of America Constitution, and the Organic Connecticut State Constitution.

7) Therefore, neither I, nor my private property are subject to statutory definitions of State of Connecticut and of the corporate United States.

8) Neither I, nor my property is subject to the Uniform Commercial Code or its State adopted variations thereof.

9) I demand recognition of my inalienable right to property, since ownership of property is created by the application of labor where the State is not involved, and you are bound by constitutional oath to uphold the inalienable rights I am guaranteed by God.

10) Any gold and silver coins that I may possess, are owned exclusively by me, under Common Law, without any liens or encumbrances against them by anyone.

11) Furthermore, any paper currency payments that I receive, I accept only in lieu of lawful money US coins under the duress of having no other lawful currency to use, and I redeem those paper currency payments in lawful money pursuant to title 12 USC § 411, by making a demand for lawful money using negotiable instruments and drafts created by me based upon the Full Faith and Credit I possess with my Postal Independent Treasury Public Trust & Private Banking Indentured Corporation Account No. 104709286.

12) **I do all of this to be in compliance with HJR 192 of June 5, 1933 that has been codified in Public Law 73-10, because there is no lawful money in circulation, only corporate fiat currency paper that is owned and controlled by the Federal Reserve Bank, which is a private corporation, and not the American People's government controlled Treasury medium of exchange, so I try to use constitutionally mandated real money or negotiable instruments created and issued by me in accordance with Public Law and Public Policy under the Emergency Banking Act of 1933, Public Law 73-1; 48 Stat. 1.**

13) Therefore, I owe nothing to the State because I receive nothing from it, beyond the protection of my life and property, and an "Individual ....is entitled to carry on his private business in his own way. His power to contract is unlimited. He owes no such duty to the State, since he receives nothing therefrom, beyond the protection of his life and property. His rights are such as existed by the law of the land long antecedent to the organization of the State and can only be taken from him by due process of law, and in accordance with the Constitution." Hale v. Henkel, 201 U.S. 43 at 47 (1905).

14) My debts are pre-paid by the Full Faith and Credit of the American people who are the Creditors of the government that administers the Public Debt through Bonds and Drafts

3

predicated on the name and signature of the living man and woman on the land and I have every right to the use of my name and signature on any instrument used to stimulate the economy or discharge any debt incurred out of necessity without recourse.

## CONSTRUCTIVE NOTICE TO ALL LOCAL, STATE AND FEDERAL GOVERNMENT OFFICERS, EMPLOYEES AND AGENTS OF MY REVOCATION AND CANCELLATION OF ALL POWERS OF ATTORNEY WITHOUT THE UNITED STATES PURSUANT TO 28 USC 1746(1)

With "my" autograph below, I hereby give NOTICE of REVOCATION, and cancellation, of "ANY AND ALL" of MY signatures and or autographs obtained granting anyone, either implied or expressed, any actual or presumed "POWER OF ATTORNEY", all being hereby considered as "NULL AND VOID", including but not limited to, a rescission of any signatures placed on any **Social Security Underwriting Instruments,** as being an under-signer, and/or using the living man or woman as collateral for any BOND, in the Public domain, including rescinding, countermanding and quashing all adhesion contracts, and/or all contracts entered into by force, threat, duress, coercion and or extortion; including all contracts which lack, and/or lacked "full disclosure" of any *terms and conditions*; including any contracts which can be construed as being voluntary yet lacking actual **consent**, and or any silent contracts, or those entered into by mistake, unknowingly or inadvertently; particularly any contracts that may waive any of my rights, or grant any "Power of Attorney" to any other Party, people, person or persons, corporation(s) or organization(s), as well as any and all State agencies created or overseen by a government entity, or any *de facto* government subsidized similar legal entity, any foreign government and/or non-government organization or similar legal entity, including any foreign state, State or group of States, Potentate(s), Entities, Agent(s), Principal(s), and/or, its/their Agents, Agencies, of either, including but

4

that are not limited to any and all Third-Party(s), any other body politic or private corporation(s).

**I am the source of all funds in any and all matter(s) concerning my lawful money, transactions in commerce, banking, Trusts, property, tangible assets, my real property including all land, personal property, my name(s), also considered my property, and all derivatives of my name(s), my health care, my bodies, any insurance, including any and all property or matters not specifically mentioned herein by the use and control of my name and signature in all transactions that is why I hereby revoke my signatures, and my autographs, concerning any and all release of information to any people, person or persons, legal entities, corporations, governmental agencies, and all other agencies whether foreign or domestic, for any reason or purpose whatsoever on any instruments that I have not been given full disclosure of, and my signatures are hereby deemed and considered to be null and void "except to me", concerning any written and or verbal agreements or contracts, directives, or "P.O.A.", and INDEMNIFICATION(S).**

This living man, known as Donatien: Masala, for any and all intents and purposes whatsoever, has the inalienable "**unlimited right to contract**" with whomever I wish, and I have the "**right to refuse**" entering into any contract with any party I do not wish to contract with. Furthermore, my name was never intended to be placed willingly, on any document or set of documents, contract or set of contracts, and or any legal instrument or form, within any foreign Court, foreign government, or foreign corporation, or ever to be used to encroach or diminish any of my political or constitutional rights and protections, or placed on any instrument or form or instrument outside of a *de jure* "**republican form**

**of government**", or outside the boundary of the federal or state Constitution that places restrictions on government, or placed on any insurance policies, or contracts, where any kind or type of trickery and or deception were used or deployed. I further give Constructive **NOTICE** concerning any matter(s) whatsoever that "MY" "**God Given Rights**" were granted to me by **my Creator**, who I refer to as "GOD ALMIGHTY", and was given UNALIENABLE RIGHTS FROM GOD AND THOSE RIGHTS ARE TO REMAIN INVIOLATE, at all times.

Thank you for your specific performance in advance. This **NOTICE** is respectfully submitted, with ALL OF MY RIGHTS EXPLICITLY RESERVED AND INVOKED WITHOUT PREJUDICE AND WITHOUT RECOURSE, *nunc pro tunc* to the date of my conception and manifestation on the planet Earth.

THUS FURTHER AFFIANT SAYETH NOT.

Date: September 20, 2022.

Verily, I Am

*Donatien Masala*
Donatien Masala

Affirmed and Ascribed Before Me This
19th Day of September, 2022.

Notary
My Commission Expires

Paul J. Liguori
Notary Public-Connecticut
My Commission Expires
March 31, 2023