ct113-2                                                                                                                    06/2022

# United States Bankruptcy Court
# District of Connecticut



In re:

    Donatien Masala

Case Number: 22-50272

Chapter: 13

Debtor *

___

### ORDER GRANTING TRUSTEE'S MOTION TO DISMISS CHAPTER 13 CASE

    Roberta Napolitano, Trustee, (the "Trustee"), filed a Motion to Dismiss the Case pursuant to 11 U.S.C. § 1307(c), (the "Motion," ECF No. 33).  A hearing on the Motion was held on September 22, 2022. The Debtor appeared at the hearing. During the hearing, the Trustee established that cause exists to dismiss the Debtor's case under Section 1307(c) for several reasons, including that the Debtor failed to commence making timely payments under Section 1326, the Debtor's Schedule J (ECF No.  1, p. 36) demonstrates that the Debtor has negative monthly income and therefore is not able to propose a confirmable Chapter 13 Plan, and the Debtor's Chapter 13 Plan (ECF No. 4) does not propose to pay the claims of creditors. Accordingly, it is hereby

    **ORDERED:** The Debtor's Chapter 13 Case is **DISMISSED**; and it is further

    **ORDERED:** The Chapter 13 Trustee is directed to submit a Final Report and Account within (150) one hundred fifty days from the date of this Order.

Dated: September 23, 2022

BY THE COURT

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

*For the purposes of this order, "Debtor" means "Debtors" where applicable.