UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

FILED

2022 DEC -6 A 11: 40

In re:                                                                    Chapter 13

Donatien Masala,                                          Case No. 22-50272

Debtor.

MOTION FOR RECONSIDERATION
PURSUANT TO FRCP RULE 60(a)

COMES NOW the Surety for the Debtor, Reverend Juan-Jose`: Brookins, to move the Court for an Order granting relief from a ruling that is in error. On November 23, 2022, Judge Julia A. Manning made an Order granting Trustee Roberta Napolitano's Motion to Dismiss Debtor's Bankruptcy case that the Surety made a verifiable Proof of Claim with a *Praecipe* to the Clerk of the Court that included a tender of payment for the Debtor's debt that was done in accordance with Public Policy as enacted by Congress in HJR 192, Pub. L. 73-10, 31 U.S.C. §§ 3123 & 5118(d), 18 U.S.C. § 8, respectively, which Congress provided for the remedy of the Public debt to be extended to the American people for the Bankruptcy of the United States.

The tender of payment was made privately by the Surety in accordance with 11 U.S.C. § 904, which provides limits against the 1) "power of the Bankruptcy Court to interfere with any political or governmental powers of the Debtor; 2) any of the property or revenues of the Debtor; or 3) the Debtor's use or enjoyment of any income-producing property unless the Debtor consents or the plan so provides…". The laws specified in the paragraph above are political and governmental powers of the Debtor to the remedy created by Congress from the Bankruptcy of the United States on March 5, 1933 and the subsequent Resolution of how Congress provided the

political and governmental powers of the American people to be afforded their remedy for that Bankruptcy was promulgated on June 5, 1933 under HJR 192 that was codified in Pub. L. 73-10.

Chapter 13 Standing Trustee, Roberta Napolitano, failed to perform her oath bound duty under the Public Policy of Congress under the corporate United States and the Organic Laws of the Constitution for these United States of America, and by her neglect or deliberate failure to do so, she has deprived the Surety and the Debtor of their rights under Color of Law.

With all due respect, Your Honor must not infringe or abridge the right to a political remedy created by Congress for the American people in violation of 11 U.S.C. § 904 and 28 U.S.C. § 2072(b). If the predisposition of the Court is to ignore, neglect, violate or abridge the rights of the Surety and the Debtor under HJR 192 and the Bankruptcy of the United States I am respectfully making a formal objection to the Court's inveterate predisposition and hereby move this Court to recognize and respect the political remedy enacted by Congress for the American people and issue an Order to reconsider its errant abridgement of the rights of the Debtor and Surety and ensure that said political remedy is afforded to the Debtor and Surety in accordance with the Acts of Congress.

WHEREFORE, Surety Reverend Juan-Jose`: Brookins, respectfully moves the Court to reconsider its ruling granting dismissal of the Debtor's Bankruptcy case, and to issue and Order instructing the Standing Chapter 13 Trustee to use the tender of payment made in accordance with Public Policy under HJR 192 and the provisions of the Bankruptcy Code as prescribed in 11 U.S.C. § 904 to not interfere with any equitable remedy and relief from Debtor's debt as it concerns real property, finances and the entire Bankruptcy Estate.

Date: December 6, 2022.
     Connecticut State, Fairfield County.

Verily, I Am

Reverend Juan-Jose`: Brookins
253 Beechwood Avenue
Bridgeport, Connecticut near
[06604] Non-Domestic

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

In re:                                                        Chapter 13

       Donatien Masala,                               Case No. 22-50272

          Debtor.

## VERIFICATION

STATE OF CONNECTICUT                    }
                                  } ss:
COUNTY OF FAIRFIELD                        }

     I, Reverend Juan-Jose`: Brookins, hereby verifies that I have personal

firsthand knowledge of the statements made by me in the foregoing Motion for

Reconsideration to the dismissal of the above captioned Bankruptcy case and I affirm

under penalty of perjury of the laws of the United States of America per 28 U.S.C. §

1746 that my statements therein are true and correct to the best of my knowledge and

belief.

     Date: December 6, 2022.

                                            Respectfully,

                                      Reverend Juan-Jose: Brookins

Affirmed and Ascribed Before Me This
____ Day of December, 2022.

_____
                   Notary
My Commission Expires 1/31/2023

<u>CERTIFICATE OF SERVICE</u>

I, Reverend Juan-Jose`: Brookins, hereby certify that on December 6, 2022, I

sent a true, correct and complete copy of the foregoing Motion for Reconsideration

for the dismissal of the above referenced Bankruptcy case via first class United States

Postal Service mail to the following party(s):

> United States Department of State
> Anthony Blinkin, Secretary
> 2201 C Street, N.W.
> Washington, D.C. 20520
>
> Depository Trust & Clearing Corporation
> Ann Shuman, General Counsel
> 55 Water Street
> New York, N.Y. 10041
>
> United States General Services Administration
> 1800 F Street, N.W.
> Washington, D.C. 20405
>
> Treasury Inspector General for Tax Administration
> (T.I.G.T.A.)
> 901 D Street, S.W. Suite 600
> Washington, D.C. 20024-2169
>
> United States Comptroller of the Currency
> Michael J. Hsu, Comptroller
> 400 7th Street, N.W. Suite 3E-218
> Washington, D.C. 20219
>
> United States Department of Justice
> Merrick Garland, U.S. Attorney General
> 950 Pennsylvania Avenue, N.W.
> Washington, D.C. 20530-0001
>
> United States Trustee
> 201 Varick Street
> New York, N.Y. 10014

Reverend Juan-Jose`: Brookins

Reverend Juan-Jose': Brookins
253 Beechwood Avenue
Bridgeport, Connecticut near [06604]
Non-Domestic/Without the U.S.
203-449-8391
jawambi@yahoo.com

December 6, 2022

## TO ALL GOVERNMENT OFFICIALS, AGENTS, TRUSTEES AND EMPLOYEES:

## CONSTRUCTIVE NOTICE OF EXERCISE OF RIGHTS, REMEDIES AND BENEFITS ENACTED BY CONGRESS THROUGH HJR 192, PUB. L. 73-10, 18 U.S.C. § 8, 31 U.S.C. §§ 3123 & 5118(d), AND 50 U.S.C. § 4305(b)(2)

I, Reverend Juan-Jose`: Brookins, hereby give Notice that I have instituted the political and governmental remedy as provided for me by Congress under HJR 192 in United States Bankruptcy Court for the District of Connecticut Case No. 22-50272 before Judge Julia A. Manning and Chapter 13 Standing Trustee Roberta Napolitano who both have ignored, neglected, dishonored and violated their oaths of office by abridging the Political and governmental powers enacted by Congress on my behalf through the Public Policy of the United States in HJR 192.

It is without doubt or speculation that:

- U.S. Secretary of State as "Holder of all legal Titles"
- State Attorney General as chief prosecutor for the United States (Territorial level)
- County District Attorney as chief prosecutor for the United States (County level)

**Note:** A mortgage is a hypothecary credit loan.

**Note:** According to Black's Law Dictionary Revised Fourth Edition (page 775)] - Foreclosure = *Civiliter Mortuus* = Civilly Dead: "A foreclosure is a legal procedure against a legally dead entity". To foreclose means, to shut

out; to bar; to terminate. [*State v. Darling*, 39 S.D. 558, 165 N.W. 536, 537]. It is a method of terminating a Mortgagor's right of redemption. [*Hibernia Savings & Loan Soc. v. Lauffer*, 41 Cal.App.2d 725, 107 P.2d 494, 497]. To be "foreclosed" upon is to be declared as being "civilly dead", as in PRO SE / Pro Se.

A foreclosure is an act against public policy because it functions as an absolute waiver of one's constitutional right to bankruptcy relief, and an absolute prohibition on filing for Bankruptcy relief is void against Public Policy. A distinction must be maintained between knowingly contracting away one's Bankruptcy benefits; and corporate control documents which derive their authority from private copyrighted statutes and codes. Mixing of the Public Law and Private Law or Public Policy is strictly prohibited.

The bottom line is: (1) the DEBTOR/Debtor was immune from any prosecution or summary obligation due to the United States chapter 11 (liquidation) and or chapter 13 (reorganization) bankruptcy status; (2) A mortgage is an (unconscionable) hypothecary credit loan; (3) A "foreclosure" is an involuntary bankruptcy proceeding which denies due process, and (4) No creditors had presented or filed **any** proofs of claim, therefore I, in my assigned capacity as the authorized signatory/registered agent for the DEBTOR/Debtor, was foreclosed from authorizing any credible direction for the disbursement of any payments.

**Hypothecary Creditor** – Hypothecary Creditor refers to a Creditor who has a source of authority for the Trustee to do more than just avoid transactions. A Trustee is entitled to exercise broader rights and powers of a hypothetical Creditor. For instance, a Trustee may prosecute an alter ego claim to pierce the veil of a corporate Debtor, and hold its shareholders liable for the corporation's debts, and those which hold that the Trustee has no standing to seek to hold a corporate Debtor's shareholders is liable for a particular debt. *When a Bankruptcy Trustee is exercising rights and powers under Bankruptcy law, the Trustee is commonly referred to as a Hypothetical Creditor. [11 U.S.C.S. § 544]. The provisions of the U.S. Bankruptcy Law give the Trustee the rights and powers of Hypothetical*

*Creditors and gives the Trustee the rights and powers of a Hypothetical bona fide Purchaser of real property.*

Due to the United States bankrupt status, I have taken the necessary steps to correct my political and legal status and standing in the public records to include but is not limited to the following; (1) I put a lien on the U.S. PERSON and charged back my Birth Certificate to the U.S. Department of the Treasury under **Registered Mail # RB 609 066 076 US** and the Secretary of the Treasury, Ms. Janet Yellen, her Successors and or Assigns were designated as the Securities Intermediary on behalf of the U.S. PERSON that I am the Beneficiary and Entitlement Holder of the Public Trust *Cestui Que Vie* Estate and the designated Securities Intermediaries is/are now the fiduciary(s) in charge; (2) I resigned as Receiver of Process and Registered Agent for the bankrupt U.S. PERSON/DEBTOR and informed the relevant state and federal agencies; and I have also attached a courtesy copy of the Motion for Reconsideration that I filed on December 6, 2022 with the U.S. Bankruptcy Court for the District of Connecticut in Case No. 22-50272 that Judge Julia A. Manning dismissed in violation of her constitutional oath and 11 U.S.C. § 904 which provides for my remedy under the Bankruptcy of the United States.

**PLEASE BE ADVISED that I am giving this Notice to your Agency or Office because you also have a fiduciary duty to ensure that the laws of the United States are recognized and respected. Resultantly the Agency Heads or Officers in the United States' employ will be held liable for your failure or neglect to honor your oaths and uphold the laws of the United States in a Court of competent jurisdiction for deprivation of rights under color of law.**

Verily, I Am

Rev. Juan-Jose: Brooks