# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

## ACKNOWLEDGEMENT OF RECEIPT OF TRANSMITTAL BY DISTRICT COURT

Debtor(s) Name:  Donatien Masala

Bankruptcy Case No.:   22-50272

Adversary Case No.:

Previous Civil No.:

Previous Miscellaneous No.:

Transmittal dated:            December 27, 2022

**To the Bankruptcy Court:**

**The following number has been assigned:**

[X] Civil No. Assigned     3:22-cv-01641-JAM

[ ] Miscellaneous No. Assigned   _____

[X] I hereby acknowledge receipt of the items indicated on the Transmittal sheet referenced above.

[ ] I hereby return the original item(s) indicated on the Transmittal sheet referenced above.

By:   /s/Nick Fanelle                                    Date:  12/27/2022
      Deputy Clerk, U.S. District Court

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

### TRANSMITTAL FORM TO DISTRICT COURT REGARDING APPEALS AND RELATED DOCUMENTS

Debtor(s) Name:  Donatien Masala

Case No.         22-50272

Adversary Proceeding Name:

Adversary Proceeding Number:

Previous Civil Number:

Previous Miscellaneous Number:

**To the District Court:**
**Attached please find the following checked items:**

1. ☐ Motion for Leave to Appeal (only)

   If indicated below, the Notice of Appeal is attached:
   ☐ Notice of Appeal attached

2. ☑ Notice of Appeal (only)   ECF No.:  76

3. ☐ Related documents as indicated below:
   ☐ Designation of items designated by the Appellant
   ☐ Designation of items designated by the Appellee
   ☐ Cross Appeal
   ☐ Amended Appeal
   ☐ Original Court Exhibits, via mail or hand delivery (indicate how many)
   ☐ Transcripts
   ☑ Other  Order on Appeal

4.    Other applicable information:

Filing Fee: ☒ Paid  ☐ Not Paid

| | |
|---|---|
| Appellant's Name: | Donatien Masala, Pro Se |
| Appellant's Attorney: | 253 Beechwood Avenue |
| | Bridgeport, CT 06604 |
| | |
| Appellant's Name: | Rev. Juan-Jose Brookins |
| Appellant's Attorney: | 253 Beechwood Avenue |
| | Bridgeport, CT 06604 |
| | |
| Appellee's Name: | Roberta Napolitano, Chapter 13 Trustee |
| Appellee's Attorney: | 10 Columbus Boulevard |
| | 6th Floor |
| | Hartford, CT 06106 |

Interested Party:

By:  Regina Miltenberger          Date:  December 27, 2022
     Deputy Clerk, U.S. Bankruptcy Court