AO435
(Rev. 1/90)

**ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS**

# TRANSCRIPT ORDER

Read Instructions on Back.

1. NAME: Donatien Masala
2. PHONE NUMBER: 203 446 8391
3. DATE: 12/27/2022
4. MAILING ADDRESS: 253 Beechwood Avenue
5. CITY: Bridgeport
6. STATE: CT
7. ZIP CODE: 06604
8. CASE NUMBER: 22-50272
9. JUDICIAL OFFICIAL: Julia A. Manning
10. FROM:
11. TO:
12. CASE NAME: In re Donatien Masala, Debtor
13. CITY:
14. STATE:

15. ORDER FOR:
- [x] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [x] BANKRUPTCY
- [ ] OTHER (Specify)

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [x] PRE-TRIAL PROCEEDING (Spcy) | 10/22/2022 |
| [ ] CLOSING ARGUMENT (Defendant) | | | 11/22/2022 |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [ ] OTHER (Specify) | |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ✓ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

18. SIGNATURE: Donatien Masala
19. DATE: 12/27/2022

TRANSCRIPT TO BE PREPARED BY: Falarazuno Court Reporters, LLC
4 Somerset Lane
Simsbury, CT 06070

COURT ADDRESS: US Bankruptcy Court
915 Lafayette Blvd.
Bridgeport, CT 06604

(Previous editions of this form may still be used)   ORIGINAL - COURT COPY   YELLOW - TRANSCRIPTION COPY   GREEN - ORDER RECEIPT   PINK - ORDER COPY

ORIGINAL - COURT COPY

22-50272 Donatien Masala
Case type: bk **Chapter:** 13 **Asset:** Yes **Vol:** v **Judge:** Julie A. Manning
**Date filed:** 06/02/2022 **Date of last filing:** 12/27/2022
**Debtor dismissed:** 09/23/2022

# Parties

**Ally Bank, c/o AIS Portfolio Services, LP**
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
(888)455-6662
*Added: 06/07/2022*
*(Creditor)*

**Juan-Jose': Brookins**
253 Beechwood Avenue
Bridgeport`, CT 06604
*Added: 10/06/2022*
*(Interested Party)*

| | | |
|---|---|---|
| **Capital One Auto Finance, A Division of Capital One, N.A.**<br>*Added: 07/07/2022*<br>*(Creditor)* | represented by | **Linda St. Pierre**<br>McCalla Raymer Leibert Pierce, LLC<br>50 Weston Street<br>Hartford, CT 06120<br>860-808-0606<br>860-240-9256 (fax)<br>bankruptcyecfmail@mccalla.com<br>*Assigned: 07/07/22* |
| **Capital One Auto Finance, a division of Capital One, N.A.**<br>*Added: 07/08/2022*<br>*(Creditor)* | represented by | **Linda St. Pierre**<br>McCalla Raymer Leibert Pierce, LLC<br>50 Weston Street<br>Hartford, CT 06120<br>860-808-0606<br>860-240-9256 (fax)<br>bankruptcyecfmail@mccalla.com<br>*Assigned: 07/08/22* |
| **Capital One Auto Finance, a division of Capital One, N.A., c/o AIS Portfolio Services, LP**<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118<br>(800)946-0332<br>*Added: 06/08/2022*<br>*(Creditor)* | | |
| **Carrington Mortgage Services**<br>1600 South Douglass Road, Suite 200-A<br>Anaheim, CA 92806<br>*Added: 06/09/2022*<br>*(Creditor)* | represented by | **Lawson Williams, III**<br>Brock & Scott, PLLC<br>1080 Main Street, Suite 200<br>Pawtucket, RI 02860<br>401-217-8701 x2425<br>508-243-1329 (fax) |

|  |  |  |
|---|---|---|
| **Donatien Masala**<br>253 Beechwood Avenue<br>Bridgeport, CT 06604<br>SSN / ITIN: ███<br>*Added: 06/02/2022*<br>*(Debtor)*<br>PRO SE |  | Lawson.Williams@brockandscott.com<br>*Assigned: 06/09/22* |
| **Roberta Napolitano**<br>10 Columbus Boulevard<br>6th Floor<br>Hartford, CT 06106<br>(860)278-9410<br>(860)527-6185 (fax)<br>notices@ch13rn.com<br>*Added: 06/02/2022*<br>*(Trustee)* | represented by | **Patrick Crook**<br>10 Columbus Boulevard, 6th Floor<br>Hartford, CT 06106<br>860-278-9410<br>pcrook@ch13rn.com<br>*Assigned: 07/12/22*<br><br>**Roberta Napolitano**<br>10 Columbus Boulevard<br>6th Floor<br>Hartford, CT 06106<br>(860)278-9410<br>(860)527-6185 (fax)<br>notices@ch13rn.com<br>*Assigned: 06/21/22* |
| **U. S. Trustee**<br>Office of the U.S. Trustee<br>Giaimo Federal Building<br>150 Court Street, Room 302<br>New Haven, CT 06510<br>(203)773-2210<br>USTPRegion02.NH.ECF@USDOJ.GOV<br>*Added: 06/02/2022*<br>*(U.S. Trustee)* |  |  |

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF CONNECTICUT

Honorable Julie A. Manning

Tuesday November 22 2022

Current as of 12/29/2022, 9:38 am

---

10:00 AM  19-51341   Sharon Somsky
Ch: 13       *** TERMINATED: 11/22/2022 ***
Trustee: Roberta Napolitano

**Matter:** #292; Amended Application for Compensation for Allowance and Payment of Compensation for Services Rendered by the Law Offices of Becker & Zowine, LLC Counsel for the Debtor Fee: $6,398.53, Expenses: $502.42. Filed by Patricia Moore, Attorney

---

10:00 AM  20-50823   Jody L. Semons
Ch: 13       *** TERMINATED: 11/22/2022 ***
Trustee: Roberta Napolitano

**Matter:** #32; Application for Administrative Expenses to be Paid to: The United Illuminating Company In the Amount of: $ 10,282.34 with Certificate of Service Filed by Walter J. Onacewicz on behalf of The United Illuminating Company, Creditor

---

10:00 AM  21-50441   Sean Mebane
Ch: 13       *** TERMINATED: 11/22/2022 ***
Trustee: Roberta Napolitano

**Matter:** #79; Motion for Relief From Stay, Motion for Relief from Stay for Co-Debtor Filed by Linda St. Pierre on behalf of Deutsche Bank National Trust Company As Trustee For IndyMac INDX Mortgage Loan Trust 2005-AR1, Mortgage Pass-Through Certificates Series 2005-AR1, Creditor

---

10:00 AM  22-50125   Rose M. Armstead
Ch: 13       *** STRICKEN *** Code: sr
Trustee: Roberta Napolitano

**Matter:** #33; Motion for Relief From Stay Filed by Sara Buchanan on behalf of CSMC 2021-RPL4 Trust, Creditor

---

10:00 AM  22-50193   Marybeth Mota
Ch: 13       *** STRICKEN *** Code: sr
Trustee: Roberta Napolitano

**Matter:** **#47; Application for Compensation Filed by Jennifer Tremesani, Attorney**

---

10:00 AM  22-50247  Carlos M. Ventura
Ch: 13       *** **STRICKEN** *** **Code: sr**
Trustee: Roberta Napolitano

**Matter:** **#30; Application for Compensation**

---

10:00 AM  22-50275  Tricia D. Wilson
Ch: 13       *** **STRICKEN** *** **Code: sr**
Trustee: Roberta Napolitano

**Matter:** **#37; Application for Compensation Filed by Jennifer Tremesani, Attorney**

---

10:00 AM  22-50576  Kayla M. Buckley
Ch: 7       *** **STRICKEN** *** **Code: sr**
Trustee: Andrea M. O'Connor

**Matter:** **#9; Motion to Strike**

---

10:00 AM  19-51372  John A. Cavaliere
Ch: 13       *** **STRICKEN** *** **Code: sr**
Trustee: Roberta Napolitano

**Matter:** **#146; Motion for Relief From Stay**

---

10:00 AM  22-50480  Beatriz Chica
Ch: 7       *** **TERMINATED: 11/22/2022** ***
Trustee: Kara S. Rescia

**Matter:** **#9; Motion for Relief From Stay Filed by Linda St. Pierre on behalf of Deutsche Bank National Trust Company, et al., Creditor**

---

10:30 AM  15-51276  Doris Edmundson
Ch: 13       *** **TERMINATED: 11/22/2022** ***
Trustee: Roberta Napolitano

**Matter:** **#129; Motion for Relief From Stay Filed by Linda St. Pierre on behalf of Bank of New York Mellon Trust Company, N.A. as Trustee for Mortgage Assets Management Series I Trust, Creditor**

---

10:30 AM  20-50420  Daniel E. Cichowicz
Ch: 13       *** **TERMINATED: 11/22/2022** ***
Trustee: Roberta Napolitano

| | |
|---|---|
| **Matter:** | #93; Motion for Relief From Stay Filed by Linda St. Pierre on behalf of Bank of America, N.A, Creditor. |

10:30 AM  21-50603   Josephine Smalls Miller
Ch: 13    *** TERMINATED: 11/22/2022 ***
Trustee: Roberta Napolitano

**Matter:** #88; Objection to City of Milford Proof of Claim No. 9-1 and Debtor's Motion for Additional Findings of Fact Pursuant to F.R.B.P. 9014 Filed by Josephine Smalls Miller on behalf of Josephine Smalls Miller, Debtor

10:30 AM  21-50603   Josephine Smalls Miller
Ch: 13    *** TERMINATED: 11/22/2022 ***
Trustee: Roberta Napolitano

**Matter:** #165; Response Filed by Matthew B. Woods on behalf of City of Milford, Tax Collector Creditor

10:30 AM  22-50445   Zara Taylor
Ch: 7     *** TERMINATED: 11/22/2022 ***
Trustee: Andrea M. O'Connor

**Matter:** #27; Motion to Reconsider Filed by Daniel M. Young on behalf of Merritt River Apartments, Creditor

10:30 AM  22-50580   Sharon M. Zajac
Ch: 13    *** TERMINATED: 11/22/2022 ***
Trustee: Roberta Napolitano

**Matter:** #15; Motion to Extend Automatic Stay Filed by Audra Buckland on behalf of Sharon M. Zajac, Debtor

10:30 AM  22-50272   Donatien Masala
Ch: 13    *** TERMINATED: 11/22/2022 ***
Trustee: Roberta Napolitano

**Matter:** #48; (HY) Mandatory Notice of Error and Request for Investigation Pursuant to 15 U.S.C. Section 1693(f)(3)(b)(d) Filed by Reverend Juan-Jose': Brookins, Interested Party





**File successfully uploaded by:**
**qesar_veliu@ctb.uscourts.gov**

| Filename | Size |
|---|---|
| 2022-50272_20221122.zip | 30.09 MBytes |

### next upload

Secured by: SendThisFile

© SendThisFile, Inc. All Rights Reserved. Privacy Policy | Terms of Use | Subscription Agreement